UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TRACY L. LAWRENCE,                )
                                  )
                    Plaintiff,    )
                                  )
            vs.                   )        No. 1:13-cv-01250-SEB-DML
                                  )
RON  RICHARDSON,                  )
SHELLY SPARKS,                    )
TYLER  JUGG,                      )
R.  PERKINS,                      )
                                  )
                    Defendants.   )

## ORDER DENYING DEFENDANT SPARKS' MOTION TO DISMISS

This cause is before the Court on Defendant Shelly Sparks' Motion to Dismiss [Docket No. 30], filed on December 6, 2013 pursuant to Federal Rule of Civil Procedure 12(b).[1]

Defendant Sparks seeks dismissal on the same grounds as did Defendants Richardson, Jugg, and Perkins, whose motion to dismiss [Docket No. 19] asserted that Plaintiff had failed to exhaust his administrative remedies before filing suit, in violation of the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). On July 7, 2014, the Court denied Sparks's co-Defendants' motion, concluding that, pursuant to the Seventh Circuit's ruling in *Pavey v. Conley,* 528 F.3d 494, 497–498 (7th Cir. 2008), it was necessary to conduct a hearing on the factual questions raised by the failure to exhaust defense.

Because this motion to dismiss relies solely on Plaintiff's purported failure to exhaust administrative remedies, *see* Docket No. 31 at 2–3, it too is DENIED. If Defendant Sparks

---

[1] Defendant Sparks was incorrectly identified as Defendant "Shelly" in Plaintiff's documents.

requires additional time to conduct discovery in preparation for the Court's *Pavey* hearing, she

may advise the Court of any such need.

IT IS SO ORDERED.

Date: _____9/5/2014_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Christopher Carson Myers
CHRISTOPHER C. MYERS & ASSOCIATES
cmyers@myers-law.com

Ilene M. Smith
CHRISTOPHER MYERS & ASSOCIATES
ismith@myers-law.com

Michael D. Conner
SPITZER HERRIMAN STEPHENSON HOLDEREAD CONNER & PERSINGER LLP
mconner@shshlaw.com

Kyle C. Persinger
SPITZER HERRIMAN STEPHENSON HOLDEREAD MUSSER & CONNER LLP
kpersinger@shshlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Michael Roy Morow
STEPHENSON MOROW & SEMLER
mmorow@stephlaw.com